UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>LUHAN, et al.,<br><br>    Defendants. | No. 2:24-cv-01321-EFB (PC)<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 13, 2025, the court screened plaintiff's complaint and provided plaintiff with the option of proceeding on his cognizable claim or filing an amended complaint within 30 days. ECF No. 10. On June 20, 2025, plaintiff informed the court of his intention to file an amended complaint. ECF No. 13.

Accordingly, it is ORDERED that, within 30 days of the date of this order, plaintiff shall file an amended complaint. Failure to comply with this order may result in dismissal of this action. Fed. R. Civ. P. 41(b).

Dated: July 17, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1